IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER HARTMAN,                    3:15-CV-01753-AC

       Plaintiff,                    ORDER

v.

MATTHEW P. BRADY, RANDY BONDS,
M. MCDOUGAL, TROY GAINER,
CHRISTOPHER COWEN, RACHEL COX,
CITY OF VERNONIA, CITY OF SCAPPOSE,
COLUMBIA CITY, COLUMBIA COUNTY,
and WASHINGTON COUNTY,

       Defendants.

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#72) on September 9, 2016, in which he recommends this Court grant Defendants' Motion (#44) to Dismiss and dismiss Plaintiff's Complaint with leave to amend. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

1- ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#72). Accordingly, the Court **GRANTS** Defendants' Motion (#44) to Dismiss and **DISMISSES** Plaintiff's Complaint **with leave to replead.** The case is returned to the Magistrate Judge to issue a scheduling order setting a deadline for the filing of an amended complaint.

IT IS SO ORDERED.

DATED this 18th day of October, 2016.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2- ORDER